Submitted on briefs October 17, affirmed October 27, 1972

STATE OF OREGON, *Respondent, v.* DONALD LEON STOTTLER (No. 38378), *Appellant.*

501 P2d 1298

Dean Heiling, Winston, for appellant.

Doyle L. Schiffman, District Attorney, Roseburg, and Brian R. Barnes, Deputy District Attorney, Roseburg, for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

The sole issue raised on appeal was decided in *State v. Simpson,* 11 Or App 271, 501 P2d 1311 (1972), Sup Ct *review denied* (1973).

Affirmed.